# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH TONEY, AIS #208227,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 07-00079-CG-B |
| **LT. FUQUA,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** for failure to state a claim upon which relief can be granted and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**DONE and ORDERED** this 20th day of May, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE